DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>         Plaintiff,                       )<br>                                          )<br>    v.                                    )<br>                                          )<br>DARRELL CARPENTER,                        )<br>                                          )<br>         Defendant.                       )<br>_____ ) | No. 2:07-cr-001 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME.<br><br>Date:  March 9, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for March 9, 2007, be vacated and the matter continued until April 6, 2007, for status conference.

This continuance is sought to permit defense counsel to keep a medical appointment on March 9, 2007, and to permit further investigation, particularly into the Illinois prior convictions listed

in the indictment.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:  March 6, 2007          /S/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  March 6, 2007          DANIEL J. BRODERICK
                              Federal Defender


                               /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              DARRELL CARPENTER

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Date:  March  8 , 2007
                              Hon. Garland E. Burrell, Jr.
                              United States District Judge


Stipulation and Order                -2-