DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-001 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME. |
| DARRELL CARPENTER, ) | |
| ) | |
| Defendant. ) | Date:  April 6, 2007 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for April 6, 2007, be vacated and the matter continued until April 20, 2007, for status conference.

This continuance is sought to permit review and evaluation of investigative records received by defense counsel on April 4, 2007, pertaining to the Illinois prior convictions listed in the indictment.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:  April 6, 2007         /S/ Jason Hitt
                             JASON HITT
                             Assistant United States Attorney
                             Counsel for Plaintiff


Date:  April 6, 2007         DANIEL J. BRODERICK
                             Federal Defender


                             /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Counsel for Defendant
                             DARRELL CARPENTER

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -2-