```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DARRELL CARPENTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>           Plaintiff,   )<br>   )<br>     v.   )<br>   )<br>DARRELL CARPENTER,   )<br>   )<br>           Defendant.   )<br>_____   ) | No. 2:07-cr-001 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE, ORDERING A PRE-PLEA CRIMINAL HISTORY REPORT, AND EXCLUDING TIME.<br><br><br>Date:  May 25, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for May 25, 2007, be vacated and the matter continued until July 13, 2007, for status conference.

   This continuance is sought to permit referral to the Probation Office for preparation of a pre-plea Criminal History Report.  Defense investigation thus far suggests that Mr. Carpenter is not subject to the enhanced penalties of the Armed Career Criminal Act, 18 U.S.C. § 924(e).  However, since a great differential in potential penalties

1 turns on the accuracy of such a determination, an accepted reliable
2 report is needed and a referral to the Probation Office for that
3 purpose is hereby requested.  The court is advised that defense counsel
4 has conferred with the Probation Office and was advised they would need
5 seven weeks to prepare such a report.

6 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
7 Trial Act be excluded from the filing of this stipulation until July
8 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
9 T-4 (defense preparation and continuity of counsel)

10 **IT IS SO STIPULATED.**

12 Date:  May 23, 2007         /S/ Jason Hitt
                              JASON HITT
13                            Assistant United States Attorney
                              Counsel for Plaintiff

16 Date:  May 23, 2007         DANIEL J. BRODERICK
                              Federal Defender

18                             /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
19                            Assistant Federal Defender
                              Counsel for Defendant
20                            DARRELL CARPENTER

                         **O R D E R**

23 **IT IS SO ORDERED.**

24              By the Court,
25 Dated:  May 25, 2007

                              _____
                              GARLAND E. BURRELL, JR.
27                            United States District Judge

Stipulation and Order            -2-