DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-001 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v. ) | TIME. |
| ) | |
| DARRELL CARPENTER, ) | Date:  July 13, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for July 13, 2007, be vacated and the matter continued until July 27, 2007, for status conference.

This continuance is sought to permit sufficient time for the Probation Office to prepare a pre-plea Criminal History Report, which has already been ordered by the court based upon an request of the parties.  This two week extension of time is sought because defense counsel inadvertently failed to advise probation that the earlier requested order had been issued.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2    Trial Act be excluded from the filing of this stipulation until July
3    27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
4    T-4 (defense preparation and continuity of counsel)
5    **IT IS SO STIPULATED.**

7    Date:  June 12, 2007            /S/ Jason Hitt
                                    JASON HITT
8                                   Assistant United States Attorney
                                    Counsel for Plaintiff

11   Date:  June 12, 2007           DANIEL J. BRODERICK
                                    Federal Defender

13                                   /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
14                                  Assistant Federal Defender
                                    Counsel for Defendant
15                                  DARRELL CARPENTER

**O R D E R**

18   **IT IS SO ORDERED.**
19   Dated:  June 12, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation and Order              -2-