DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-001 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME. |
| DARRELL CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | Date: July 27, 2007 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for July 27, 2007, be vacated and the matter continued until August 17, 2007, for status conference.

The reason for the continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case

1  and the unavailability of counsel on July 27, 2007.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act be excluded from the filing of this stipulation until August
4  17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
5  T-4 (defense preparation and continuity of counsel)

6  **IT IS SO STIPULATED.**

7

8  Date:  July 26, 2007            /s/ Jason Hitt
                                   JASON HITT
9                                  Assistant United States Attorney
                                   Counsel for Plaintiff
10

11

12 Date:  July 26, 2007            DANIEL J. BRODERICK
                                   Federal Defender
13

14                                  /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
15                                 Assistant Federal Defender
                                   Counsel for Defendant
16                                 DARRELL CARPENTER

17
                                **O R D E R**
18

19 **IT IS SO ORDERED.**

20              By the Court,

21 Dated:  July 27, 2007

22

23                              _____
                                GARLAND E. BURRELL, JR.
24                              United States District Judge

25

26

27

28

Stipulation and Order             -2-