DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-001 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| DARRELL CARPENTER, ) | |
| ) | |
| Defendant. ) | Date:  December 14, 2007 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for November 30, 2007, be vacated and the matter continued until December 14, 2007, for status conference.

This continuance was sought due to the unavailability of defense counsel who is in trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from November 30, 2007, until December 14, 2007,

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

2

3  Date:  November 29, 2007          /s/ Jason Hitt
                                     JASON HITT
4                                    Assistant United States Attorney
                                     Counsel for Plaintiff
5

6

7  Date:  November 29, 2007          DANIEL J. BRODERICK
                                     Federal Defender
8

9                                     /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
10                                   Assistant Federal Defender
                                     Counsel for Defendant
11                                   DARRELL CARPENTER

12
                                  **O R D E R**
13

14      **IT IS SO ORDERED.**

15                  By the Court,

16  Dated:  December 3, 2007

17

18                                   _____
                                     GARLAND E. BURRELL, JR.
19                                   United States District Judge

20

Stipulation and Order             -2-