```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DARRELL CARPENTER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL CARPENTER,<br><br>    Defendant.<br>_____ | ) No. 2:07-cr-001 GEB<br>)<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING CASE AND EXCLUDING<br>) TIME<br>)<br>)<br>) Date:  January 4, 2008<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for December 14, 2007, be vacated and the matter continued until January 4, 2008, for status conference.

   This continuance was sought due to the unavailability of defense counsel who is in trial.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 14, 2007, until January 4, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

```
1

2  Date:  December 13, 2007          /s/ Jason Hitt
                                    JASON HITT
3                                   Assistant United States Attorney
                                    Counsel for Plaintiff
4

5

6  Date:  December 13, 2007          DANIEL J. BRODERICK
                                    Federal Defender
7

8                                    /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
9                                   Assistant Federal Defender
                                    Counsel for Defendant
10                                   DARRELL CARPENTER

11
                                  O R D E R
12

13     IT IS SO ORDERED.

14  Dated:  December 13, 2007

15
                                    [signature]
16                                  _____
                                    GARLAND E. BURRELL, JR.
17                                  United States District Judge
```

Stipulation and Order                    -2-