DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRELL CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-001 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| DARRELL CARPENTER, | |
| Defendant. | Date: February 8, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for January 4, 2008, be vacated and the matter continued until February 8, 2008, for status conference.

This continuance is sought to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from January 4, 2008, until February 8, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

Date:  January 3, 2008          /s/ Jason Hitt
                                JASON HITT
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date:  January 3, 2008          DANIEL J. BRODERICK
                                Federal Defender

                                 /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                DARRELL CARPENTER

**O R D E R**

**IT IS SO ORDERED.**

           By the Court,

Dated:  January 3, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order            -2-