```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DARRELL CARPENTER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-001 GEB |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
|  | ) TIME |
| DARRELL CARPENTER, | ) |
|  | ) |
| Defendant. | ) Date:  February 8, 2008 |
|  | ) Time:  9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER, that the status conference scheduled for February 8, 2008, be vacated and the matter continued until march 28, 2008, for status conference.

This continuance is sought to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from February 8, 2008, until March 28, 2008,

1 | pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

3 | Date:   February 6, 2008          /s/ Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

7 | Date:   February 6, 2008          DANIEL J. BRODERICK
                                      Federal Defender

                                       /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      DARRELL CARPENTER

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date:   February 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -2-