1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   DARRELL CARPENTER
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        ) No. 2:07-cr-001 GEB
                                    )
13               Plaintiff,         )
                                    ) STIPULATION AND [PROPOSED] ORDER
14       v.                         ) CONTINUING CASE AND EXCLUDING
                                    ) TIME
15 DARRELL CARPENTER,               )
                                    )
16               Defendant.         ) Date:  April 25, 2008
                                    ) Time:  9:00 a.m.
17 _____) Judge: Hon. Garland E. Burrell, Jr.

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey Staniels, counsel for defendant DARRELL CARPENTER,

22 that the status conference scheduled for April 25, 2008, be vacated and

23 the matter continued until May 9, 2008, for status conference.

24     This continuance is sought to allow additional time for panel

25 counsel, John Balazs, who was appointed on a "second opinion" advice of

26 rights basis to further review discovery, to examine possible defenses,

27 and confer with the defendant regarding the case.

28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 | Trial Act be excluded from April 25, 2008, until May 9, 2008, pursuant
2 | to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

Date:  April 18, 2008                    /s/ Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Date:  April 18, 2008                    DANIEL J. BRODERICK
                                         Federal Defender

                                          /s/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         DARRELL CARPENTER

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  April 18, 2008


                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Stipulation and Order            -2-