JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darrell Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-0001-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| DARRELL CARPENTER, ) | Date:  June 6, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |

Defendant Darrell Carpenter, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in this case one week from May 30, 2008, to June 6, 2008.

This request is made because the parties need the additional time to reach a resolution and plea agreement in this case.  In addition, defense counsel has a Sacramento County court appearance on May 30, 2008, at 8:30 a.m.  For these reasons, the parties also stipulate and request that the Court exclude time for adequate defense preparation and continuity of counsel under the Speedy Trial Act from May 30, 2008, through June 6, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Time has previously been excluded for defense preparation through May 30, 2008.

Respectfully submitted

Dated: May 27, 2008

/s/John Balazs
JOHN BALAZS

Attorney for Defendant
Darrell Carpenter

Dated:  May 27, 2008

McGREGOR W. SCOTT
U.S. Attorney

By:    /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:  May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2