JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darrell Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-0001-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| DARRELL CARPENTER, ) | Date:  June 13, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |

      Defendant Darrell Carpenter, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in this case one week from June 6, 2008, to June 13, 2008.

      This request is made because the parties need the additional time to reach a final resolution and plea agreement in this case.  For these reasons, the parties also stipulate and request that the Court exclude time for adequate defense preparation and continuity of counsel under the Speedy Trial Act from June 6, 2008, through June 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).

///

///

Time has previously been excluded on this ground through June 6, 2008.

                                         Respectfully submitted

Dated: June 5, 2008

                                         /s/John Balazs
                                         JOHN BALAZS

                                         Attorney for Defendant
                                         Darrell Carpenter

Dated: June 5, 2008

                                         McGREGOR W. SCOTT
                                         U.S. Attorney

                      By:       /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: June 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge