PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CARPENTER,<br><br>               Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | CASE NO. 2:07-CR-00001-GEB-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME (UNOPPOSED) |

On July 6, 2016, Respondent requested a one-month extension of time to file a response to Petitioner's § 2255 petition.

IT IS HEREBY ORDERED, that Respondent's request for a one-month extension is granted. The response is now due August 08, 2016.

DATED: June 6, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE