```
                                              FILED
                                           OCT 20 2017
                                     CLERK, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    BY _____
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cr-00001-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASING PERSON IN CUSTODY** |
| DARRELL CARPENTER, | |
| Defendant. | |

To the UNITED STATES MARSHALL:

Since Defendant Darrell Carpenter over-served a previously imposed federal sentence, his fourteen (14) month sentence imposed today has already been served, and therefore, you shall release Defendant Darrell Carpenter from custody in this case as soon as he can be released on the date this order is signed.

Dated: October 20, 2017

Garland E. Burrell, Jr.
United States District Judge

*file copy - served on USM in Court*

1